T85

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

08 SEP -2 AM 9:59

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Magistrate's Case No.** |
| **vs.** | COMPLAINT FOR VIOLATION OF |
| **Darwyn Sadio BUENCONSEJO** | 21 U.S.C. 952 and 960 |
| | Importation of a Controlled Substance |

'08 MJ 2675

The undersigned complainant, being duly sworn, states:

**COUNT ONE**

That on or about August 30, 2008, within the Southern District of California, defendant Darwyn Sadio BUENCONSEJO, did knowingly and intentionally import approximately 12.95 kilograms of Heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of probable cause, which is incorporated herein by reference.

Signature of Complainant
Kenneth Hart, Special Agent
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this 2nd day of September 2008.

United States Magistrate Judge



DOA 08/31/08

TBS

**United States of America**

**vs.**

**Darwyn Sadio BUENCONSEJO**

## STATEMENT OF PROBABLE CAUSE

I, Special Agent Kenneth Hart, declare under penalty of perjury the following is true and correct:

On August 30, 2008, at approximately 1957 hours, Darwyn Sadio BUENCONSEJO attempted to enter the United States from the Republic of Mexico at the San Ysidro Port of Entry, San Diego, California. BUENCONSEJO was the driver and sole occupant of a black 1999 Volkswagon Jetta bearing California license plate 5MIN867. During primary inspection, Customs and Border Protection (CBP) Officer Umali contacted BUENCONSEJO and noticed that the vehicle driven by BUENCONSEJO was the subject of a computer-generated referral. BUENCONSEJO provided CBP Officer Umali with two negative Customs declarations and stated he was traveling to Corona, California. CBP Officer Umali escorted BUENCONSEJO and the vehicle to the secondary inspection area.

In the secondary inspection area CBP Officer Joseph was requested to assist with the inspection of the vehicle driven by BUENCONSEJO. While inspecting the rear wheel well area of the vehicle, CBP Officer Joseph noticed and removed an excessive amount of mud from the rear wheel well area. Utilizing a screwdriver to remove the mud, CBP Officer Joseph noticed fresh bondo underneath the mud. CBP Officer Joseph requested Canine Enforcement Officer (CEO) Villalobos to screen the vehicle for narcotics utilizing his Narcotic Detector Dog (NDD) Nero. At approximately 2200 hours, CEO Villalobos utilized NDD Nero to screen the vehicle for narcotics. NDD Nero alerted to the rear passenger side bumper and wheel well area of the vehicle. Utilizing a power drill, CBP Officer Joseph drilled a hole through the trunk of the vehicle, into the passenger side rear wheel well area. Upon removal of the drill bit, CBP Officer Joseph noticed a dark tar-like substance on the drill bit and informed CBP Officer Buyson of his findings.

CBP Officer Buyson conducted a field test on the dark tar-like substance and received a positive reaction for the presence of Heroin. CBP Officer Buyson conducted a systematic inspection of the vehicle and discovered several silver-taped wrapped packages concealed within two (2) non-factory compartments

hidden behind the rear wheel well area. In total, CBP Officer Buyson removed ten (10) silver-taped wrapped packages weighing approximately 12.95 kilograms from the vehicle.

BUENCONSEJO was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA.

Executed on this 31st day of August 2008, at 1130 hours.

Kenneth Hart, Special Agent
Immigration and Customs Enforcement

United States Magistrate Judge

Date and Time

hidden behind the rear wheel well area. In total, CBP Officer Buyson removed ten (10) silver-taped wrapped packages weighing approximately 12.95 kilograms from the vehicle.

BUENCONSEJO was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA.

Executed on this 31st day of August 2008, at 1130 hours.

Kenneth Hart, Special Agent
Immigration and Customs Enforcement

United States Magistrate Judge

8/31/08 - 3:40 pm
Date and Time